Filed Via Mail
MAY 22 2024
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by AD

Yulexy Hernandez
2502 Lake Front Dr,
Lake Wales, Fl 33898
Yulexy_1855@yahoo.com

05/16/2024

Re: Response to Complaint Alleging Perjury, Objecting to Entry of Discharge
Bankruptcy case No. 8:23-bk-04292-CPM;
Adversary Proceeding No 8:24-ap-00155-CPM

Dear Mrs. Dorr,

I am writing to respond to the Adversary complaint filed against me alleging perjury and Objecting to the Entry of a Discharge. I deny all allegations of perjury and respectfully request a trial to address these accusations.

I take my oath to tell the truth very seriously and would never knowingly provide false information under oath. I am confident that a trial will allow me the opportunity to present my side of the story and defend myself against these accusations.

Thank you for your attention to this important issue. I look forward to the opportunity to present my case in court and clear my name of these allegations.

Sincerely,

/s/ Yulexy Hernandez   5/16/24
Yulexy Hernandez
2502 Lake Front Dr,
Lake Wales, Fl 33898
Yulexy_1855@yahoo.com
786-612-3442

I certify a copy of this response was delivered by US Mail to Teresa M Dorr, Trial Attorney, 501 East Polk Street, Suite 1200, Tampa, Fl 33602 and to the Clerk of the U.S. Bankruptcy Court, Sam M Gibbons United States Courthouse, 801 N Florida Avenue, Suite 555, Tampa, FL 33602 this 16th day of May, 2024

/s/Yulexy Hernandez

Yutexy Hernandez
2502 Lake Front Dr.
Lake Wales, FL 33898

RECEIVED

TAMPA FL 335
SAINT PETERSBURG FL
20 MAY 2024 PM 8 L



MAY 22 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Clerk of the U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 N Florida Ave, Suite 555
Tampa, FL 33602

33602-389999